AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

TRUSTEES of the NORTHERN NEVADA
OPERATING ENGINEERS HEALTH &
WELFARE TRUST FUND, et al.,

     Plaintiffs,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:08-CV-00180-HDM-RAM**

HERB SUTER CONSTRUCTION
COMPANY, INC., a Nevada corporation;
HERB SUTER, DOES 1-100; and BLACK
AND WHITE COMPANIES 101-200.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiffs against Herb Suter Construction Company, Inc. and Herb Suter, an individual, in the total amount of $71,699.01 (Consisting of: $41,854.05 for unpaid fringe benefit contributions; $15,156.84 for interest and liquidated damages/double interest through 4/30/09; $8,033.03 for accountant's fees; and $6,655.09 for attorney's fees and costs).

  September 11, 2009                     **LANCE S. WILSON**
                                                  Clerk

                                                /s/ D. R. Morgan
                                                Deputy Clerk